■ In the Matter of DAVID MEDINA, Petitioner, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents. [735 NYS2d 831] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating a prison disciplinary rule.

Petitioner challenges a determination finding him guilty of violating the prison disciplinary rule prohibiting inmates from making threats. Contrary to petitioner's contention, we find that the misbehavior report, together with the testimony adduced at the hearing, constitute substantial evidence to support the determination of guilt (*see, Matter of Crews v O'Keefe*, 283 AD2d 692; *Matter of Pryce v Goord*, 281 AD2d 665). Petitioner's remaining contentions have been examined and found to be lacking in merit.

Cardona, P.J., Mercure, Crew III, Rose and Lahtinen, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of KINSON DAVIS, Appellant, v JOHN P. KEANE, as Superintendent of Woodbourne Correctional Facility, Respondent. [735 NYS2d 832] —Appeal from a judgment of the Supreme Court (LaBuda, J.), entered April 10, 2001 in Sullivan County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole denying petitioner's request for parole release.

Petitioner has reappeared before the Board of Parole since the parole release determination giving rise to this proceeding and his request for parole release has again been denied. Given petitioner's subsequent appearance before the Board, the instant matter is now moot and must be dismissed (*see, Matter of Bermudez v New York State Div. of Parole*, 281 AD2d 673).

Cardona, P.J., Mercure, Crew III, Peters and Lahtinen, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.